UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| EVONNE THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-00350-TLS-SLC |
| | ) | |
| v. | ) | Chief Judge Theresa L. Springmann |
| | ) | Magistrate Judge Susan L. Collins |
| CREDIT MANAGEMENT, LP | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO STRIKE EXHIBIT TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Evonne Thomas ("Plaintiff"), pursuant to L.R. 56-1(e), hereby moves this Court for an Order striking the declaration of Nelson Wilson (the "Wilson Declaration") attached as an exhibit by Defendant, Credit Management, LP, in support of its Motion for Summary Judgment [Doc. # 31] ("Defendant's Rule 56 Motion"). In support of this motion, Plaintiff relies upon the facts, argument and authority set forth in her accompanying *Memorandum in Support of Motion to Strike Exhibit to Defendant's Motion for Summary Judgment* [Doc. # 36].

WHEREFORE, Plaintiff, Evonne Thomas, respectfully requests that the Court grant the relief sought in this motion and order the Wilson Declaration, attached as an exhibit to Defendant's Rule 56 Motion, striken from the record of this case in its entirety, and grant Plaintiff any further legal or equitable relief that the Court deems appropriate.

DATED this 13th day of March, 2018.	Respectfully Submitted,

   */s/ Geoff B. McCarrell*
Geoff B. McCarrell #0086427
David S. Klain #0066305
CONSUMER LAW PARTNERS, LLC
435 N. Michigan Ave., Suite 1609
Chicago, Illinois 60611
(267) 422-1000
(267) 422-2000
geoff.m@consumerlawpartners.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Plaintiff's Motion to Strike Exhibit to Defendant's Motion for Summary Judgment* is being filed electronically with the United States District Court for the Northern District of Indiana, on this 13th day of March, 2018. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

   */s/ Geoff B. McCarrell*
Geoff B. McCarrell #0086427
CONSUMER LAW PARTNERS, LLC